### ANDERSON AUSTIN v. THE STATE.

#### No. 4887.  Decided February 13, 1918.

Burglary—Sentence—Jurisdiction.

   In the absence of a final sentence in the court below, this court has no jurisdiction of the appeal.

Appeal from the District Court of San Jacinto. Tried below before the Hon. L. B. Hightower.

Appeal from a conviction of burglary; penalty, six years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*E. B. Hendricks,* Assistant Attorney General, for the State.

MORROW, JUDGE.—Appellant was convicted of a felony but the record fails to show sentence, which is essential to give this court jurisdiction of the appeal. Branch's Ann. P. C., p. 308, sec. 667, and cases cited.

The appeal is dismissed.

*Dismissed.*